AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

Carlos V. Medina,
  aka Claudio Santos Vasquez-Soriano
DOB:   July 20, 1974
PDID:

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __November 1, 2004__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

knowingly and unlawfully possess, forge, counterfeit, alter, falsely make, utter, use, attempt to use and obtain documents prescribed by statute and regulation as evidence of authorized stay and employment in the United States, knowing said documents to be falsely made and to have been procured by fraud and unlawfully obtained.

in violation of Title __18__ United States Code, Section(s) __1546(a)__.

I further state that I am __Mark Leeper,  Special Agent with the U.S. Immigration and Customs Enforcement__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes    ☐ No

Signature of Complainant

AUSA, Frederick Yette   (202) 353-1666
Sworn to before me and subscribed in my presence,

Mark Leeper, Special Agent
U.S. Immigration and Customs Enforcement

_____    at    __Washington, D.C.__
Date                                                                      City and State

_____    _____
Name & Title of Judicial Officer                Signature of Judicial Officer