AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

CARLOS V. MEDINA

**FILED**
JUN 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 06 - 275 - M - 01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____CARLOS V. MEDINA_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and unlawfully possessing, forging, counterfeiting, altering, falsely making, uttering, using, attempting to use and obtain documents prescribed by statute and regulation as evidence of authorized stay and employment in the United States, knowing said documents to be falsely made and to have been procured by fraud and unlawfully obtained.

in violation of Title _18_ United States Code, Section(s) _§ 1546(a)_.

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

_(signature)_ John M. Facciola
Signature of Issuing Officer

JUN 1 3 2006
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6-13-06 | SEAN McLEOD | Sean Mc |
| DATE OF ARREST 6-21-06 | SDUSM | |